```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**BRIAN RAY BATISTE**                                    **CIVIL ACTION**

**VERSUS**                                               **NO. 11-1025**

**STEVE RADER, WARDEN**                                  **SECTION "C"(5)**

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Peter Lewis for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 29th day of June, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE